# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
Vineyard National Bancorp
**SSN:** N/A
**EIN:** 33−0309110

4000 Barranca Parkway, Ste 250
Irvine, CA 92604

**BANKRUPTCY NO.** 2:10−bk−21661−RN
**CHAPTER** 11

This case 6:09−bk−26401−RN has been transferred to the Los Angeles division within our District and reassigned to Bankruptcy Judge Richard M Neiter for all further proceedings.

The new case number is 2:10−bk−21661−RN .

**Please use the new case number for all future matters regarding this case.**

Dated: March 29, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84

**147 / WD**