JON L.R. DALBERG (State Bar No. 128259)
RODGER M. LANDAU (State Bar No. 151456)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
jdalberg@lgbfirm.com
rlandau@lgbfirm.com

Counsel for Vineyard National Bancorp

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VINEYARD NATIONAL BANCORP,<br><br>Debtor. | Bk. No. 2:10-bk-21661-RN<br><br>Chapter 11<br><br>**NOTICE OF CONTINUANCE OF HEARING ON CONFIRMATION OF JOINT PLAN**<br><br>Old Hearing Date<br>**Date:** May 12, 2010<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1645<br>    255 East Temple Street<br>    Los Angeles, CA<br><br>Continued Hearing Date<br>**Date:** May 27, 2010<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1645<br>    255 East Temple Street<br>    Los Angeles, CA |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; FIRST TENNESSEE BANK, N.A.; AND ALL OTHER PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that the hearing on the confirmation of the Joint Plan of Liquidation of the Debtor and the Official Committee of Unsecured Creditors, Dated as of February 4, 2010 (the "Joint Plan") filed by Vineyard National Bancorp (the "Debtor") on February 26, 2010, previously set for May 12, 2010 at 2:00 p.m. (Pacific Time), has been continued to May 27, 2010 at 2:00 p.m. (Pacific Time), in Courtroom 1645 of the above entitled Court located at 255 East Temple Street, Los Angeles, CA 90012 before the Honorable Richard M. Neiter.

Dated: May 4, 2010

LANDAU GOTTFRIED & BERGER LLP
RODGER M. LANDAU
JON L.R. DALBERG

By: /s/ Jon Dalberg
Jon L.R. Dalberg
Counsel for Vineyard National Bancorp

| In re: VINEYARD NATIONAL BANCORP, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-21661-RN |

## PROOF OF SERVICE OF DOCUMENT

I, Natalie M. Cereseto, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described: **NOTICE OF CONTINUANCE OF HEARING ON CONFIRMATION OF JOINT PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 4, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**BY U.S. MAIL**
Honorable Richard M. Neiter
U.S. Bankruptcy Court
255 East Temple Street, Suite 1652
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Elise Giles**  egiles@firsthorizon.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2010 | Natalie M. Cereseto | /s/ Natalie M. Cereseto |
|---|---|---|
| Date | Type Name | Signature |

| In re: VINEYARD NATIONAL BANCORP, Debtor. | CHAPTER 11 |
|---|---|
| | CASE NUMBER 2:10-bk-21661-RN |

**Additional Service Information (if needed):**

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Henkie F Barron    hbarron@winston.com, docketsf@winston.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Russell Clementson    russell.clementson@usdoj.gov
Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
Jesse S Finlayson    jfinlayson@fwtrl.com, wmills@fwtrl.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Sameer K Kapoor    skapoor@kilpatrickstockton.com
Sharon M Kopman    skopman@lblawllp.com, skopman@lgbfirm.com;ncereseto@lgbfirm.com
Rodger M Landau    rlandau@lblawllp.com, kmoss@lgbfirm.com
John W Mills    jmills@kilpatrickstockton.com
Hydee J Mulichak    Hydee.Mulichak@sbgk.com
Marie C Pollio    bankruptcy@goodwin.com
Christopher O Rivas    crivas@reedsmith.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL**
*See next page for mail service list.*

# VINEYARD BANCORP SERVICE LIST

*Debtor, Creditors Committee, & Special Notice*

## Debtor

Vineyard National Bancorp
4000 Barranca Parkway Suite 250
Irvine, CA 92604

## Creditors Committee

Julie J. Becker, Vice President
Wilmington Trust Company
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402-1544


J. Chris Mathews, Vice President
The Bank of New York Trust Co., N.A.
601 Travis 16th Floor
Houston, Texas 77002


James H. Byrnes, Vice President
Vineyard Statutory Trust I
One Federal St. 3rd Floor
Boston, MA 02110

Richard Gollis
The Concord Group
130 Newport Center Dr. Suite 230
Newport Beach, CA 92660

## Counsel to Creditor's Committee

Robert A. Julian, Esq.
Todd J. Dressel, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Eric E. Sagerman, Esq.
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071


## Counsel for Secured Lender FTBN

Leonard M. Shulman
Shulman, Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610


## The United States Trustee

The Office of the United States Trustee
Attn Russell Clementson
725 S Figueroa Ste 2600
Los Angeles, CA 90017

## Special Notice List

### Litigation Counsel to Debtor

John C. Grosvenor
Manatt, Phelps & Phillips, LLP
695 Town Center Drive
Costa Mesa, California 90064


Securities and Exchange Commission
Attn: Sarah D. Moyed
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036


### Counsel for Wilmington Trust Co.

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530


Joseph G Pribyl
1467 8th Ave SE
Forest Lake, MN 55025


### Counsel to Norman Morales

Roman E. Darmer
Jennifer R. Bagosy
Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614


### Attorney for Wells Fargo Bank

Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222