1   JON L.R. DALBERG (State Bar No. 128259)
    RODGER M. LANDAU (State Bar No. 151456)
2   LANDAU GOTTFRIED & BERGER LLP
    1801 Century Park East, Suite 1460
3   Los Angeles, California  90067
    Telephone: (310) 557-0050
4   Facsimile: (310) 557-0056
    jdalberg@lgbfirm.com
5   rlandau@lgbfirm.com

6   Counsel for Vineyard National Bancorp

7

8                    UNITED STATES BANKRUPTCY COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

12
    In re                                    Bk. No.  2:10-bk-21661-RN
13
    VINEYARD NATIONAL BANCORP,               Chapter 11
14
            Debtor and
15          Debtor-in-Possession.            **NOTICE OF AMENDED TIME AND DATE
                                             OF HEARING ON CONFIRMATION OF
16                                           JOINT PLAN**

17                                           Old Hearing Date
                                             **Date:** August 6, 2010
18                                           **Time:** 2:00 p.m.
                                             **Place:** Courtroom 1645
19                                                     255 East Temple Street
                                                       Los Angeles, CA
20
                                             Amended Hearing Date
21                                           **Date:** August 6, 2010
                                             **Time:** 9:00 a.m.
22                                           **Place:** Courtroom 1645
                                                     255 East Temple Street
23                                                     Los Angeles, CA
24

25

26

27

28

1    **TO THE HONORABLE RICHARD M. NEITER, UNITED STATES**

2    **BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS;**

3    **THE OFFICE OF THE UNITED STATES TRUSTEE; FIRST TENNESSEE BANK, N.A.;**

4    **AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

5          **PLEASE TAKE NOTICE** that the hearing on the confirmation of the Joint Plan of

6    Liquidation of the Debtor and the Official Committee of Unsecured Creditors, Dated as of February

7    4, 2010 (the "Joint Plan") filed by Vineyard National Bancorp (the "Debtor") on February 26, 2010,

8    previously noticed for August 6, 2010 at 2:00 p.m. (Pacific Time), is set for August 6, 2010 at 9:00

9    a.m. (Pacific Time), in Courtroom 1645 of the above entitled Court located at 255 East Temple

10   Street, Los Angeles, CA 90012 before the Honorable Richard M. Neiter.

11

12      Dated: June 30, 2010                        LANDAU GOTTFRIED & BERGER LLP

13                                          JON L.R. DALBERG
                                       RODGER M. LANDAU

14

15                             By:_____
                                    Jon L.R. Dalberg

16                             Counsel for Vineyard National Bancorp

17

18

19

20

21

22

23

24

25

26

27

28

| In re: VINEYARD NATIONAL BANCORP, | | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NUMBER 2:10-bk-21661-RN |

## PROOF OF SERVICE OF DOCUMENT

I, <u>Natalie M. Cereseto</u>, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.  My business address is: Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described: **NOTICE OF AMENDED TIME AND DATE OF HEARING ON CONFIRMATION OF JOINT PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 1, 2010</u>, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Henkie F Barron     hbarron@winston.com, docketsf@winston.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Russell Clementson     russell.clementson@usdoj.gov
Jesse S Finlayson     jfinlayson@fwtrl.com, wmills@fwtrl.com
Moriah D Flahaut     flahaut.douglas@arentfox.com
Allan H Ickowitz     aickowitz@nossaman.com
Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
Sameer K Kapoor     skapoor@kilpatrickstockton.com
John W Kim     jkim@nossaman.com
Benjamin J Kimberley     bkimberley@winston.com
John W Mills     jmills@kilpatrickstockton.com
Hydee J Mulichak     hydee@mulichaklaw.com
Aram Ordubegian     ordubegian.aram@arentfox.com
Marie C Pollio     bankruptcy@goodwin.com
Christopher O Rivas     crivas@reedsmith.com
Leonard M Shulman     lshulman@shbllp.com
Ramesh Singh     claims@recoverycorp.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov     ☐     Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>July 1, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**BY U.S. MAIL**
Honorable Richard M. Neiter
U.S. Bankruptcy Court
255 East Temple Street, Suite 1652
Los Angeles, CA 90012                                        ☒     Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____,  I  served  the  following  person(s)  and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.                    ☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2010 | Natalie M. Cereseto | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

**F 9013-3.1**

**II. SERVED BY U.S. MAIL**

*Special Notice List*

**Debtor**
Vineyard National Bancorp
4000 Barranca Parkway Suite 250
Irvine, CA 92604

**Counsel to Creditor's Committee**
Robert A. Julian, Esq.
Todd J. Dressel, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Eric E. Sagerman, Esq.
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071

Litigation Counsel to Debtor

John C. Grosvenor
Manatt, Phelps & Phillips, LLP
695 Town Center Drive
Costa Mesa, California 90064

Securities and Exchange Commission
Attn: Sarah D. Moyed
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

**Creditors Committee**

Julie J. Becker, Vice President
Wilmington Trust Company
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402-1544

J. Chris Mathews, Vice President
The Bank of New York Trust Co., N.A.
601 Travis 16th Floor
Houston, Texas 77002

**The United States Trustee**
The Office of the United States Trustee
Attn Russell Clementson
725 S Figueroa Ste 2600
Los Angeles, CA 90017

Counsel for Wilmington Trust Co.

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

James H. Byrnes, Vice President
Vineyard Statutory Trust I
One Federal St. 3rd Floor
Boston, MA 02110

First Tennessee Bank National Association
Attn: Elise Giles
500 Ygnacio Valley Suite 190
Walnut Creek, CA 94596

Counsel to Norman Morales

Roman E. Darmer
Jennifer R. Bagosy
Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614

Richard Gollis
The Concord Group
130 Newport Center Dr. Suite 230
Newport Beach, CA 92660

Attorney for Wells Fargo Bank

Eric A. Schaffer, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222

Joseph G Pribyl
1467 8th Ave SE
Forest Lake, MN 55025